IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DONALD NENNINGER,

    Plaintiff,

vs.                                      Case No.: 2:13-cv-1004
                                           JUDGE SMITH
                                           Magistrate Judge Kemp

ZANESFIELD ROD AND GUN CLUB,

    Defendant.

## ORDER

On November 27, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Motion to Remand be denied.  (*See* Doc. 13).  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.  Plaintiff's Motion to Remand (Doc. 8) is denied.**

The Clerk shall remove Documents 8 and 13 from the Court's pending motions list.

        **IT IS SO ORDERED**.

                                                 */s/ George C. Smith*_____
                                                 **GEORGE C. SMITH, JUDGE**
                                                 **UNITED STATES DISTRICT COURT**